## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**AMERICAN RELIABLE INSURANCE COMPANY**
**and VOYAGER LIFE INSURANCE GROUP**                                **PLAINTIFFS**

**VS.**                                                       **CIVIL ACTION NO. 4:04cv222LN**

**ANGELIA CARMICHAEL, JENNIFER**
**HAYES, AMELITH JONES, and**
**LASONIA SARGENT**                                                  **DEFENDANTS**

### ORDER GRANTING AMERICAN RELIABLE INSURANCE COMPANY
### AND VOYAGER LIFE INSURANCE GROUP'S
### MOTION TO DISMISS WITHOUT PREJUDICE

There came on for hearing on this date in the above-entitled and numbered action the Plaintiffs' motion to dismiss without prejudice the complaint for order compelling arbitration filed by American Reliable Insurance Company and Voyager Life Insurance Group. The Court finds that the motion is well-taken and should be granted. Accordingly, American Reliable Insurance Company and Voyager Life Insurance Group's motion to dismiss the complaint for order compelling arbitration without prejudice is hereby granted.

**SO ORDERED AND ADJUDGED,** this the 19th day of January, 2006.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

Walter D. Willson, Esq. (MSB # 7 291)
Randy L. Dean (MSB # 6011)
Jeffrey B. Rimes (MSB # 100017)
**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi  39205-0131

**ATTORNEYS FOR AMERICAN RELIABLE INSURANCE**
**COMPANY and VOYAGER LIFE INSURANCE GROUP**

ARI Order granting MTD (Carmicheal).wpd